Susan Angel, Appellant, v Christopher O'Neill, Respondent.

Submitted June 23, 2014; decided September 11, 2014

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as affirmed the order of Supreme Court denying appellant's motion for certain postjudgment relief in the matrimonial action, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.